

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00021-CV

Jose Manuel **PELAYO**,
Appellant

v.

Adriana C. **PELAYO**,
Appellee

From the County Court at Law No. 1, Webb County, Texas
Trial Court No. 2013CVG000070 C1
Honorable Alvino (Ben) Morales, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED and the cause REMANDED to the trial court for further proceedings on the parties' agreement.

Costs are assessed against the party that incurred them.

SIGNED April 16, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice